IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHAD MICHAEL BROY,

      Appellant,

 v.

Case No.  5D22-1966
LT Case No. 2017-CF-758

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed February 28, 2023

3.850 Appeal from the Circuit Court
for Sumter County,
Mary P. Hatcher, Judge.

Luke Newman, of Luke Newman,
P.A., Tallahassee, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

EISNAUGLE, KILBANE and MACIVER, JJ., concur.